Dennis E. YARRELL, Plaintiff–Appellant,

v.

Regina MOORE; William C. Griffin, Jr., individually and in his official capacity, Defendants–Appellees.

No. 01–7361.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Dennis E. Yarrell, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Dennis Yarrell, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Yarrell v. Moore,* CA–01–505–5–BR (E.D.N.C. filed July 11, 2001; entered July 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*